■ In the Matter of TAMARA SLOAN, Respondent, v MICHAEL BRUYERE, Appellant. (Appeal No. 1.) [3 NYS3d 688]—Appeal

from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered February 10, 2014 in a proceeding pursuant to Family Court Act article 6. The order granted the motion of petitioner for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs. Present—Scudder, P.J., Lindley, Valentino and DeJoseph, JJ.